566

No. 89. UNITED STATES v. JONES ET AL. October 8, 1934. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States. *Mr. George E. H. Goodner* for respondents.

No. 90. REISENWEBERS, INC. v. IRVING TRUST CO., TRUSTEE IN BANKRUPTCY. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Moses Cohen* for petitioner. *Mr. William D. Whitney* for respondent.

No. 92. MERCANTILE-COMMERCE BANK & TRUST CO., TRUSTEE, v. DRAINAGE DISTRICT No. 2 OF CRITTENDEN COUNTY, ARKANSAS, ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Guy A. Thompson* and *Samuel A. Mitchell* for petitioner. *Messrs. Walter G. Riddick* and *Charles T. Coleman* for respondents.

No. 93. BARRYMORE ET AL. v. KEMP, RECEIVER, ET AL.; and
No. 94. SAME v. WEILER ET AL. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Zack Lamar Cobb* for petitioners. *Messrs. H. W. O'Melveny* and *Walter K. Tuller* for respondents.

No. 96. MORRISSEY v. UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court